| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> SOUTHERN DISTRICT OF TEXAS | |
| Case number *(if known)* _____ | Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | OFSI Holding LLC | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 83-2413419 | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> 7735 Miller Road #3 <br> Houston, TX 77049 <br> Number, Street, City, State & ZIP Code <br><br> Harris <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | https://ofsint.com/ | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor  **OFSI Holding LLC**   Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    2111

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |

Debtor     OFSI Holding LLC                                        Case number (*if known*)
           Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☐ No
    ■ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor       See Rider 1                              Relationship      Affiliate
    District     Southern District of Texas    When    5/31/21    Case number, if known

11. **Why is the case filed in *this district*?**   *Check all that apply:*
    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply*.)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard?  _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other  _____
    **Where is the property?**  _____
                                Number, Street, City, State & ZIP Code
    **Is the property insured?**
    ☐ No
    ☐ Yes.   Insurance agency  _____
             Contact name       _____
             Phone              _____

■ **Statistical and administrative information**

13. **Debtor's estimation of available funds**  .  *Check one:*
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    ☐ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
    ☐ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
    ■ 100-199           ☐ 10,001-25,000       ☐ More than100,000
    ☐ 200-999

15. **Estimated Assets**
    ☐ $0 - $50,000               ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000         ■ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor  OFSI Holding LLC  
Name

Case number (*if known*)

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☒ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **OFSI Holding LLC**  Case number (*if known*) _____
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/31/2021
             MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title  Chief Financial Officer

Alexey Ratnikov
Printed name

**18. Signature of attorney**

X  /s/ Joshua W. Wolfshohl
Signature of attorney for debtor

Date  05.31.2021
      MM / DD / YYYY

Joshua W. Wolfshohl
Printed name

Porter Hedges LLP
Firm name

1000 Main Street, 36th Floor
Houston, TX 77002
Number, Street, City, State & ZIP Code

Contact phone  (713) 226-6000       Email address  jwolfshohl@porterhedges.com

24038592 TX
Bar number and State

## Rider A

## Pending Bankruptcy Cases Filed by Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas.  The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company | EIN No. |
| --- | --- |
| OFSI Holding LLC | 83-2413419 |
| OFS International, LLC | 46-1333527 |
| Threading and Precision Manufacturing LLC | 80-0898899 |

**OMNIBUS WRITTEN CONSENT**
**OF THE**

**BOARD OF MANAGERS**
**OF**
**OFSI HOLDING, LLC**

**AND**

**BOARD OF DIRECTORS**
**OF**
**OFS INTERNATIONAL LLC**

**AND**

**THE SOLE MANAGER**
**OF**
**THREADING & PRECISION MANUFACTURING LLC**

May 31, 2021

The undersigned, being all of the members of the Board of Managers, all of the members of the Board of Directors, the sole member, or the sole manager, as applicable (each, a "*Governing Authority*" and collectively, the *Governing Authority*"), of OFSI Holding, LLC, a Delaware limited liability company, OFS International LLC, a Delaware limited liability company, Threading & Precision Manufacturing LLC, a Delaware limited liability company (each a "*Company*" and collectively, the "*Companies*"), do hereby consent to and adopt the following resolutions and take the following actions without a meeting, by written consent (this "*Consent*"):

*Proper Officers*

NOW, THEREFORE, BE IT RESOLVED, that for purposes of these resolutions, the term "*Proper Officers*" shall mean Alexei Ratnikov, the Company's Designated Representative, and solely for the purposes of attesting to, or certifying the authenticity of signatures, documents, instruments or agreements, the Secretary or any Assistant Secretary of such Company.

*Filing of Bankruptcy Petition*

WHEREAS, pursuant to the applicable organizational documents, each Governing Authority has exclusive and complete authority and discretion to manage the operation and affairs of the applicable Company and to make all decisions regarding the business of such Company;

WHEREAS, each Governing Authority, acting pursuant to the laws of the State of Delaware, has considered the financial and operational aspects of the applicable Company's business;

WHEREAS, each Governing Authority has reviewed the historical performance of the applicable Company and the current and long-term liabilities of such Company; and

WHEREAS, each Governing Authority has analyzed each of the strategic alternatives available to the applicable Company.

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of each Governing Authority, it is desirable and in the best interests of the applicable Company, its creditors, employees and other interested parties that a petition be filed by such Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**");

RESOLVED FURTHER, that the Proper Officers be, and each of them hereby is, authorized on behalf of the applicable Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that such Proper Officer deems necessary, desirable and proper in connection with such Company's Chapter 11 case, with a view to the successful prosecution of such case;

RESOLVED FURTHER, that the Proper Officers be, and each of them hereby is, authorized on behalf of the applicable Company to execute, verify and file all petitions, schedules, lists, and other papers or documents, and to take and perform any and all further actions and steps that such Proper Officer deems necessary, desirable and proper in connection with Chapter 11 case of a subsidiary of such Company, with a view to the successful prosecution of such case;

RESOLVED FURTHER, that the Proper Officers, on behalf of the applicable Company, are authorized, empowered and directed to retain the law firm of Porter Hedges LLP ("**PH**"). as bankruptcy counsel. and Chiron Financial LLC, as financial advisor and investment banker, to represent and assist such Company in carrying out its duties under Chapter 11 of the Bankruptcy Code, and to take any and all actions to advance such Company's rights in connection therewith, and the Proper Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy, and to cause to be filed an appropriate application for authority to retain the services of PH;

RESOLVED FURTHER, that the Proper Officers be, and each of them hereby is, authorized and directed to employ any other professionals necessary to assist the applicable Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, such Proper Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Chapter 11 case and cause to be filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper;

RESOLVED FURTHER, that the Proper Officers be, and each of them hereby is, authorized and empowered to obtain post-petition financing according to terms which may be negotiated by the management of the applicable Company, including under debtor-in-possession credit facilities or the use of cash collateral; and to enter into any guaranties and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreement; and in connection therewith, such Proper Officer is hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents;

RESOLVED FURTHER, that the Proper Officers be, and each of them hereby is, authorized on behalf of the applicable Company to take any and all actions, to execute, deliver, certify, file and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificates and to take any and all actions and steps deemed by such Proper Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate a successful Chapter 11 case, including, but not limited to the development, filing and prosecution to confirmation of  a Chapter 11 plan and related disclosure statement; and

RESOLVED FURTHER, that any and all actions heretofore taken by the Proper Officers or the Governing Authority in the name and on behalf of the applicable Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

*Bank Accounts*

WHEREAS, each Governing Authority deems it advisable and in the best interests of the applicable Company to open banking accounts on behalf of such Company with East West Bank.

NOW, THEREFORE, BE IT RESOLVED, that the Proper Officer of each Company be and is hereby authorized for and on behalf of such Company to open banking accounts with East West Bank;

RESOLVED FURTHER, that the banking resolutions or other documentation, the form of which is provided by East West Bank, be and is hereby authorized and approved, and the signatories of the applicable Company referenced in such bank resolutions and documentation be and are hereby authorized, for and on behalf of such Company; and

RESOLVED FURTHER, the Proper Officer of each Company be and is hereby authorized for and on behalf of such Company to do all acts and things and to execute, deliver and file any and all documents, agreements and instruments as such Proper Officer may in his or her sole discretion consider necessary or advisable or useful in order to implement any of the foregoing.

*General*

RESOLVED FURTHER, that all acts and deeds heretofore done or actions taken by a Governing Authority or any officer or agent of a Company for and on behalf of such Company in entering into, executing, acknowledging or attesting any arrangements, agreements, instruments, or documents in carrying out the terms and intentions of the foregoing preambles and resolutions be and each of them hereby are ratified, approved, and confirmed in all respects as the acts and deeds of such Company;

RESOLVED FURTHER, that the Proper Officers be, and each of them hereby is, authorized, directed, and empowered, in the name and on behalf of the applicable Company, to take further action as he may deem necessary or advisable in connection with the above-referenced transactions, including execution of any document necessary to complete the above-referenced transactions; and

RESOLVED FURTHER, that the Proper Officers be, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the applicable Company, to execute and deliver or cause to be executed and delivered any and all other agreements, certificates, reports, applications, notices, letters or other documents (including all instruments contemplated by any of the above documents), and to do or cause to be done any and all further acts as such Proper Officer shall deem necessary, appropriate or desirable to comply with the applicable laws and regulations of any jurisdiction (domestic or foreign) or otherwise permit such Company to fully and promptly carry out the purposes and intent of the foregoing preambles and resolutions and to consummate the transactions contemplated thereby, and any such action taken or any agreement, amendment, certificate, report, application, notice, letter or other document executed and delivered by them or any of them in connection with any such action shall be conclusive evidence of their or his or her authority to take, execute and deliver the same.

[*Signature page follows*]

3

**IN WITNESS WHEREOF**, the undersigned has duly executed this written consent, which shall be filed with the minutes of the meetings of the Board of Managers of OFSI Holding LLC, a Delaware limited liability company, as of the date first set forth above.

**BOARD OF MANAGERS:**

_____
Konstantin Semerikov

**IN WITNESS WHEREOF**, the undersigned has duly executed this written consent, which shall be filed with the minutes of the meetings of the Board of Directors of OFS International LLC, a Delaware limited liability company, as of the date first set forth above.

**BOARD OF DIRECTORS:**

_____
Konstantin Semerikov

**IN WITNESS WHEREOF**, the undersigned has duly executed this written consent, which shall be filed with the minutes of the meetings of the sole manager of Threading & Precision Manufacturing LLC, a Delaware limited liability company, as of the date first set forth above.

**SOLE MANAGER:**

_____
Konstantin Semerikov

**Fill in this information to identify the case:**
**Debtor name: OFS INTERNATIONAL LLC, et al.,**
**United States Bankruptcy Court for the: Southern District of Texas**
**Case number (If known):_____**

☐ Check if this is an amended filing

**Official Form 204**
Chapter 11 or Chapter 9 Cases: List of the 30 Creditors Who Have Unsecured Claims and Are Not Insiders

| | Name of creditor | Contact information | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | PAO TMK | 40/2a POKROVKA STREET MOSCOW, RU 101000 | Trade debt | | $0 | $0 | $40,481,249 |
| 2 | US SMALL BUSINESS ADMINISTRATION | 8701 S GESSNER RD #1200 HOUSTON, TX 77074 | Bank Loan | | $0 | $0 | $8,048,962 |
| 3 | ARCELORMITTAL PROJECTS AMERICAS LLC | 19500 STATE HIGHWAY 249, STE. 650 HOUSTON, TX 77070 | Trade debt | | $0 | $0 | $2,691,119 |
| 4 | RDT INC | 9022 VINCIK EHLERT, PO BOX 73 BEASLEY, TX 77417 | Trade debt | | $0 | $0 | $1,328,877 |
| 5 | TUBOS REUNIDOS INDUSTRIAL SLU | BARRIO SAGARRIBAI NO.2 AMURRIO, SPAIN 01470 | Trade debt | | $0 | $0 | $1,227,636 |
| 6 | TMK GULF INTERNATIONAL PIPE INDUSTRY LLC | POB 1831 AZAIBA, OMAN 130 | Trade debt | | $0 | $0 | $1,025,543 |
| 7 | TUBULAR SOLUTIONS INC | 12335 KINGSRIDE LN, STE 250 HOUSTON, TX 77024 | Trade debt | | $0 | $0 | $353,094 |
| 8 | TUBOS REUNIDOS AMERICA, INC | 550 POST OAK BLVD., STE #430 HOUSTON, TX 77027-9413 | Trade debt | | $0 | $0 | $122,878 |
| 9 | SCHOUEST, BAMDAS, SOSHEA & BENMAIER P.L.L.C. | 1001 MCKINNEY STR. STE 1400 HOUSTON, TX 77002 | Professional Services | | $0 | $0 | $112,707 |
| 10 | HOUSTON INTERNATIONAL SPECIALTY INC | 19996 HICKORY TWIG WAY SPRING, TX 77388 | Trade debt | | $0 | $0 | $110,037 |
| 11 | BRC INTERNATIONAL LLC | 4721 GARTH RD SUITE C-3/C-400 BAYTOWN, TX 77521 | Trade debt | | $0 | $0 | $80,390 |
| 12 | THE HAMMOND LAW FIRM | 550 POST OAK BLVD., STE 580 HOUSTON, TX 77027 | Professional Services | | $0 | $0 | $72,246 |
| 13 | WEATHERFORD GEMOCO | PO BOX 301003 DALLAS, TX 75303-1003 | Trade debt | | $0 | $0 | $54,092 |
| 14 | JAMES RIVER INSURANCE COMPANY | PO BOX 27648 RICHMOND, VA 23261-7648 | Professional Services | | $0 | $0 | $31,985 |
| 15 | UNIVERSAL TUBI PROTECTORS LLC | 1325 HARTWIG HOUSTON TEXAS 77093 | Trade debt | | $0 | $0 | $22,613 |
| 16 | Bradley J. Fish, Inc., (dba SULLAIR OF HOUSTON) | 8640 PANAIR HOUSTON, TX 77061-4185 | Trade debt | | $0 | $0 | $20,286 |
| 17 | DRILLTEC TECHNOLOGIES INC. | 10875 KEMPWOOD DRIVE, SUITE 2 HOUSTON, TX 77043 | Trade debt | | $0 | $0 | $18,409 |
| 18 | REL ENTERPRISES INC | PO BOX 1379 BROUSSARD, LA 70518 | Trade debt | | $0 | $0 | $16,341 |
| 19 | SCAN SYSTEMS CORP | 8505 TECHNOLOGY FOREST PL, STE 702 THE WOODLANDS, TX 77381 | Professional Services | Disputed | $0 | $0 | $14,932 |
| 20 | EEPB INNOVA TAX, LLC | 2950 NORTH LOOP SOUTH, SUITE 1200 HOUSTON, TX 77092 | Professional Services | | $0 | $0 | $14,712 |
| 21 | AMERICAN CAP | P O BOX 107 WHEATLAND, PA 16161 | Trade debt | | $0 | $0 | $11,759 |
| 22 | PTR TOOL AND PLASTICS, LLC | PO BOX 338 WHEATLAND, PA 16161 | Trade debt | | $0 | $0 | $11,569 |
| 23 | PATRIOT SECURITY EOC | PO BOX 1876 NEDERLAND, TX 77627 | Professional Services | | $0 | $0 | $11,560 |
| 24 | POLARIS PRECISION TUBULAR SERVICES LLC | PO Box 80926 MIDLAND, TX 75771 | Trade debt | | $0 | $0 | $11,143 |
| 25 | TEXAS COMMISSIONED SECURITY OPERATIONS | 10200 EAST FWY 120 HOUSTON, TX 77029 | Trade debt | | $0 | $0 | $10,947 |
| 26 | WAREHOUSE RENTALS&SUPPLIES | 1335 SOUTH MAIN STREET GREENSBURG, PA 15601 | Trade debt | | $0 | $0 | $10,032 |
| 27 | CHARLES W. GIRKIN, INC. | 1468 CONFEDERATE RD. HOUSTON, TX 77055 | Trade debt | | $0 | $0 | $8,164 |
| 28 | LNK PLASTICS LLC | PO Box 639 SHEPHERD, TX 77371 | Trade debt | | $0 | $0 | $6,135 |
| 29 | RELADYNE/HURT COMPANY | PO BOX 958427 SAINT LOUIS, MO 63195-8427 | Trade debt | | $0 | $0 | $6,043 |
| 30 | REPUBLIC TUBE, LLC | 11200 MESA DR HOUSTON, TX 77078 | Trade debt | | $0 | $0 | $6,000 |

# United States Bankruptcy Court
## Southern District of Texas

In re  OFSI Holding LLC
                    Debtor(s)

Case No.
Chapter  11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   OFSI Holding LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Konstantin Semerikov

☐ None [*Check if applicable*]

05.31.2021
Date

/s/ Joshua W. Wolfshohl
Joshua W. Wolfshohl
Signature of Attorney or Litigant
Counsel for   OFSI Holding LLC
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, TX 77002
(713) 226-6000 Fax:(713) 228-1331
jwolfshohl@porterhedges.com

**Fill in this information to identify the case:**

Debtor name    OFSI Holding LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration    Corporate Ownership Statement and List of the 30 Creditors Who Have Unsecured Claims and Are Not Insiders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05.31.2021          X  /s/ Alexey Ratnikov
                                      Signature of individual signing on behalf of debtor

                                      Alexey Ratnikov
                                      Printed name

                                      Chief Financial Officer
                                      Position or relationship to debtor